IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re EUGENE DARREL RUTLEDGE,<br><br>Plaintiff. | No. C 09-4228 CRB (PR)<br>No. C 09-4229 CRB (PR)<br><br>ORDER |

    Plaintiff's request for a modification of the court's orders granting him leave to proceed in forma pauperis (IFP) under 28 U.S.C. § 1915 in the above-referenced cases is DENIED.

SO ORDERED.

DATED: Sept. 3, 2013

                                            CHARLES R. BREYER
                                            United States District Judge

G:\PRO-SE\CRB\CR.09\Rutledge, E.ifp.mod.wpd